AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 08, 2024**

SEAN F. McAVOY, CLERK

JESSICA LYNN V.,                    )
       *Plaintiff*                       )
       v.                                )  Civil Action No.  1:22-cv-03103-LRS
                                         )
MARTIN O'MALLEY,                    )
COMMISSIONER OF SOCIAL SECURITY,
       *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:**  Plaintiff's Brief, ECF No. 8, is GRANTED.
Defendant's Brief, ECF No. 12, is DENIED.
REVERSED and REMANDED for immediate calculation and award of benefits.
Judgment in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Lonny R. Suko  on parties' cross-briefs.

Date:  April 8, 2024

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*

Sara Gore